**DISTRICT COURT OF MARYLAND FOR** Montgomery County  Rec'd Cert Mail 12.23.19

LOCATED AT (COURT ADDRESS)
8552 Second Ave.
Silver Spring, MD 20910

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

CASE NO. **CV**

**PARTIES**

Plaintiff
Carmen Sandberg
3744 Bell Pre Road, #5
Silver Spring, MD 20906

The particulars of this case are:

On or about November 28, 2016 Plaintiff exited a Metro Rail train at the Friendship Heights Metro Station, owned and maintained by WMATA. Plaintiff was intending to head to her bus when she tripped and fell on exposed brick.

WMATA had actual or constructive knowledge of the defect in the sidewalk and and was negligent in not repairing the area or marking it off.

VS.

Defendant(s):
1. WMATA
Patricia Lee, General Counsel
600 5th Street, NW
Washington, DC 20001

Serve by: ☒ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

Due to the negligence of WMATA, Plaintiff was injured and seeks compensation for her injuries, past and future medical expenses, pain and suffering and loss of income.

2.

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(DISTRICT COURT OF MD. 2019 NOV 15 PM 2:44)

3.

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

The plaintiff claims $ 30,000.00 , plus interest of $ _____ , interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ ( ____ days x $ _____ per day) and attorney's fees of $ _____ plus court costs.

4.

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code  7206010069  CPF ID No.

**ATTORNEYS**

For Plaintiff - Name, Address, Telephone Number & Code
Barry L. Leibowitz, #8271
Joel Atlas Skirble & Associates
2730 University Blvd. West Suite 616
Wheaton, MD 20902

Printed Name: Barry L. Leibowitz
Address: 2730 University Blvd. West, Ste 616, Wheaton, MD 20902
Telephone Number: 301-942-8378
Fax: 301-942-0539
E-mail: bleibowitz@jas-lb.com

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ Name _____ is/are in the military service.
☒ No defendant is in the military service. The facts supporting this statement are: Defendant is not a person.

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

11/14/19  Date                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date                    Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)